no evidence in the appeal book that the case has been settled as required by the rules of court.

THOMAS D. PENFIELD, *Surviving Partner, etc., Respondent, v.* MARY DAILEY and others, *Appellants.* — Order affirmed without costs. *Held*, that as the receiver appears to have complied strictly with the directions of the judgment in respect to depositing the surplus money, and is not shown to have received any interest thereon, he should not be required to pay interest.

SAMUEL P. BURNELL, *Respondent, v.* DE FOREST WELD, *Impleaded, etc., Appellant.* — Judgment affirmed.

JOHN M. JAYCOX and others, *Respondents, v.* LYMAN CLARK and another, *Appellants.* — Order appealed from affirmed, with ten dollars costs and disbursements.

ALONZO B. CHAMBERLAIN, *Respondent, v.* ELI GALLUP and others, *Appellants.* — Appeal dismissed, with ten dollars costs and disbursements. *Held*, that an appeal does not lie from an order in supplementary proceedings made by a judge out of court. (Code of Civil Proc., sec. 2433, and Throop's note to same.)

SYRACUSE SAVINGS BANK *v.* THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY. — Order denying motion to vacate order directing receiver to sell affirmed, and the stay therein directed continued until the further order of the court, without prejudice to a new application. Opinion by HARDIN, J.

SYRACUSE SAVINGS BANK *v.* THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY.

N. STANTON GERE *v.* THE SAME. — Order denying motion to discharge the receivership affirmed, without prejudice to a new application. (See opinion in last case.)

THE SAME TWO ACTIONS. — Order vacating the orders of August 27, 1881, discontinuing the actions, reversed, without prejudice to a new application. *Per Curiam* opinion filed with the clerk of Monroe.

IN THE MATTER OF THE APPLICATION OF THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY, AND OF GEORGE LEWIS, JR., A STOCKHOLDER, ETC. — Order of Special Term modified so as to direct, in addition to its present provisions, that the transfer books be returned to the officer from whom they were taken by one of the directors of the corporation, or to such other person as shall be appointed by the court at Special Term to receive them, and as so modified affirmed. Opinion by HARDIN, J.

IN THE MATTER OF THE APPLICATION OF THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY, *Defendants, etc.*, and others. — Order denying the second motion to discharge receivership affirmed, without prejudice to a new application.

IN THE MATTER OF THE GENERAL ASSIGNMENT OF COWING & CO. AND JOHN P. COWING and others, individually. — Order appealed from reversed. Opinion by DWIGHT, J.